UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**DAVID LASTER,**                                    Civil No. 05-1443 DSD/SRN

      **Plaintiff,**

**v.**

                                                                    **ORDER**

**PUBLIC SAFETY FACILITY,**

      **Defendant.**

---

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 8, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

      IT IS HEREBY ORDERED that:

      1. Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), is **DENIED**; and

      2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: September 27 2005.

                                                          s/David S. Doty
                                                          Judge David S. Doty
                                                          United States District Court Judge